FILED
January 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:08-MJ-00037-KJM-1
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
TANEKA RAENEE NUNLEY, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TANEKA RAENEE NUNLEY, Case No. 2:08-MJ-00037-KJM-1, Charge Title 21 USC § 856 (a)(2), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✓ Bail Posted in the Sum of $ 50K

✓ Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

✓ (Other)  previous conditions as well as additional conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 31, 2008 at 3:50 pm.

By _____(copy)_____
GREGORY G. HOLLOWS
Gregory G. Hollows
United States Magistrate Judge