DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**TANEKA NUNLEY**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-65-LKK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| TANEKA NUNLEY, | |
| Defendant. | |

The defendant, Taneka Nunley, by and through her undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that the conditions of pretrial release shall be modified to contain an additional condition which shall provide as follows:

*You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.*

The reason for this change is that the defendant has requested counseling services.

Ms. Nunley agrees to this amendment to her conditions of release and she has been complying with all other conditions.

//

//

-1-

1          //

2          Pretrial Services has not objections to this modification.

3

4   DATED: FEBRUARY 26, 2008          Respectfully submitted,

5

6                                     /s/ DAN KOUKOL
                                      _____
7                                     DAN KOUKOL
                                      Attorney for defendant Taneka Nunley
8

9   DATED: FEBRUARY 26, 2008          Respectfully submitted,

10

11                                    /s/ DAN KOUKOL FOR
                                      _____
12                                    Anne Pings
                                      Assistant U.S. Attorney
13
    IT IS SO ORDERED
14
    DATED:  February 27, 2008
15

16

17  LAWRENCE K. KARLTON
    SENIOR JUDGE
18  UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28                                    -2-