1 DAN KOUKOL
Attorney at Law
2 State Bar No. 122526
11930 Heritage Oak Place, Suite 6
3 Auburn, California 95603
Telephone: (530) 823-5400
4 Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com
5
6 Attorney for Defendant,
**TANEKA NUNLEY**
7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-65-LKK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: June 10, 2008<br>TIME: 9:30 AM |
| TANEKA NUNLEY, | JUDGE: Hon. Lawrence Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Anne Pings, Assistant U.S. Attorney, and defendant Taneka Raenee Nunley, by and through her attorney, Dan Koukol, that the status conference of June 10, 2008 be vacated and that a status conference be set for August 5, 2008 at 9:30 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate plea agreements.

//

//

//

//

-1-

1  The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for August 5, 2008 at 9:30 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: JUNE 5, 2008           Respectfully submitted,


                              /s/ DAN KOUKOL
                              _____
                              DAN KOUKOL
                              Attorney for defendant Taneka Nunley


DATED: JUNE 5, 2008           Respectfully submitted,


                              /s/ DAN KOUKOL FOR
                              _____
                              Anne Pings
                              Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED:  June 6, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-