DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**TANEKA NUNLEY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-65-LKK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: May 11, 2010<br>TIME: 9:15 AM |
| TANEKA NUNLEY, | JUDGE: Hon. Lawrence Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, and defendant Taneka Raenee Nunley, by and through her attorney, Dan Koukol, that the status conference of May 11, 2010 be vacated and that a status conference be set for July 13, 2010 at 9:15 AM.

This continuance is being requested because due to an oversight on the part of the parties the defendant was not included in the stipulation and request to continue the court appearance filed by the codefendant.

The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for July 13, 2010 at 9:15 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

-1-

DATED: MAY 7, 2010                          Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Taneka Nunley

DATED: MAY 7, 2010                          Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
Todd Leras
Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED: May 11, 2010                         _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

-2-