DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**TANEKA NUNLEY**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-0065-LKK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: June 1, 2011<br>TIME: 9:15 AM |
| TANEKA NUNLEY, | JUDGE: Hon. Lawrence Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, and defendant Taneka Raenee Nunley, by and through her attorney, Dan Koukol, that the status conference of June 1, 2011 be vacated and that a status conference be set for June 28, 2011 at 9:15 AM.

This continuance is being requested because the parties need additional time to negotiate plea agreements. The government has indicated an intention to revise the offer previously made to Ms. Nunley. When this revised offer is communicated Counsel will promptly convey it to Ms. Nunley at which time a resolution is anticipated.

The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for June 28, 2011 at 9:15 AM pursuant to 18 U.S.C.

1 § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 31, 2011                    Respectfully submitted,


                                       /s/ DAN KOUKOL
                                       _____
                                       DAN KOUKOL
                                       Attorney for defendant Taneka Nunley


DATED: MAY 31, 2011                    Respectfully submitted,


                                       /s/ DAN KOUKOL FOR
                                       _____
                                       Todd Leras
                                       Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED:  June 1, 2011
                                       _____
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT