DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**TANEKA NUNLEY**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-0065-LKK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: June 28, 2011 |
| | TIME: 9:15 AM |
| TANEKA NUNLEY, | JUDGE: Hon. Lawrence Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, and defendant Taneka Raenee Nunley, by and through her attorney, Dan Koukol, that the status conference of June 28, 2011 be vacated and that a status conference be set for July 26, 2011 at 9:15 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate plea agreements.

The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for July 26, 2011 at 9:15 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

-1-

DATED: JUNE 27, 2011                    Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Taneka Nunley

DATED: JUNE 27, 2011                    Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
Todd Leras
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set in the above-captioned case for June 28, 2011, be continued to July 26, 2011, at 9:15AM. Based on the representation of counsel and good cause therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time from June 28, 2011, to and including, the July 26, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T-4.

DATED:  JUNE 27, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT