1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )   CR. S-08-065 LKK
12              Plaintiff,          )
                                    )   ORDER FOLLOWING
13         v.                       )   FOLLOWING STATUS CONFERENCE
                                    )
14 TANEKA RAENEE NUNLEY,            )
                                    )
15              Defendant.          )
   ─────────────────────────────────)

16

17        This matter came before the Court for a status conference on

18 July 26, 2011.   Defendant Nunley personally appeared.  Assistnat

19 Federal Defender Matthew Bockmon stood in for her counsel, Dan

20 Koukol, with Nunley's permission. The parties requested to

21 continue the status conference to August 9, 2011.  The purpose of

22 the request is to allow defendant Nunley additional time to

23 provide the government with information in support of a final

24 disposition of the charges against her.

25        The Court ordered the status conference continued to August

26 9, 2011, at 9:15 a.m.  The Court further ordered that time be

27 excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4

28 (reasonable time to prepare).

                                   1

**IT IS HEREBY ORDERED**:

1. A status conference as to defendant Nunley is set for August 9, 2011 at 9:15 a.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through August 9, 2011.

IT IS SO ORDERED

Date: August 8, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT