DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**TANEKA NUNLEY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08-65-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: August 9, 2011<br>TIME: 9:15 AM |
| TANEKA NUNLEY, | JUDGE: Hon. Lawrence Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, and defendant Taneka Raenee Nunley, by and through her attorney, Dan Koukol, that the status conference of August 9, 2011 be vacated and that a status conference be set for September 13, 2011 at 9:15 AM.

This continuance is being requested because the parties are in the final stage of plea negotiation. It is anticipated that a resolution of this matter will occur shortly.

//

//

//

//

-1-

Counsel agree that the time between the signing of the requested order and September 13, 2011 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: AUGUST 5, 2011              Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Taneka Nunley

DATED: AUGUST 5, 2011              Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
Todd Leras
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the August 9, 2011, status conference be continued to September 13, 2011, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice to served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the September 13, 2011 status conference shall be excluded from computation of time

1  within which the trial of this matter must commence under the Speedy Trial Act pursuant to 18

2  U.S.C. 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time

3  to prepare.

5  DATED: August 8, 2011

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```