DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**TANEKA NUNLEY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-65-LKK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: September 13, 2011 |
| | TIME: 9:15 AM |
| TANEKA NUNLEY, | JUDGE: Hon. Lawrence Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, and defendant Taneka Raenee Nunley, by and through her attorney, Dan Koukol, that the status conference of September 13, 2011 be vacated and that a status conference be set for November 1, 2011 at 9:15 AM.

Prior activity of Ms. Nunley's codefendant caused this case to be delayed up to the point of his sentencing. At this time, a continuance is being requested because the parties are attempting to finalize an appropriate resolution for Ms. Nunley.

//

//

//

-1-

Counsel agree that the time between the signing of the requested order and September 13, 2011 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: SEPTEMBER 9, 2011               Respectfully submitted,

                                                 /s/ DAN KOUKOL
                                                 DAN KOUKOL
                                                 Attorney for defendant Taneka Nunley

DATED: SEPTEMBER 9, 2011               Respectfully submitted,

                                               /s/ DAN KOUKOL FOR
                                                 Todd Leras
                                                 Assistant U.S. Attorney

**ORDER**

UPONG GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference, scheduled for September 13, 2011, be vacated and the matter continued to November 1, 2011, at 9:15 a.m. for further conference. Based on the parties' representation the Court finds that the ends of justice be granting a continuance outweighs the best interest of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 1, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S. C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: September 12, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT