1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **TANEKA NUNLEY**

7
                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,           CASE NO. 08-65-LKK

11     Plaintiff,                      STIPULATION AND ORDER

12     vs.                             DATE: November 1, 2011
                                       TIME: 9:15 AM
13 TANEKA NUNLEY,                      JUDGE: Hon. Lawrence Karlton

14     Defendant.

15

16     It is hereby stipulated and agreed to between the United States of America through Todd

17 Leras, Assistant U.S. Attorney, and defendant Taneka Raenee Nunley, by and through her

18 attorney, Dan Koukol, that the status conference of November 1, 2011 be vacated and that a

19 status conference be set for January 10, 2012 at 9:15 AM.

20     This continuance is being requested because the parties need additional time to discuss

21 the case with the government and negotiate plea agreements. Counsel must review discovery

22 material and discuss this material with his client.

23     Counsel agree that the time between the signing of the requested order and January 10,

24 2012 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A)

25 and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are

-1-

1  outweighed by the interests of justice in permitting counsel adequate time to prepare.

2  DATED: OCTOBER 28, 2011                    Respectfully submitted,

3
                                              /s/ DAN KOUKOL
4                                             DAN KOUKOL
                                              Attorney for defendant Taneka Nunley
5

6  DATED: OCTOBER 28, 2011                    Respectfully submitted,

7
                                              /s/ DAN KOUKOL FOR
8                                             Todd Leras
                                              Assistant U.S. Attorney
9

10                                   **ORDER**

11  The status conference in the above-entitled matter, scheduled for November 1, 2011, be vacated

12  and the matter continued to January 10, 2012 at 9:15 AM for further status conference. The

13  Court finds that time under the Speedy Trial Act shall be excluded through that date in order to

14  afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds

15  that the ends of justice served by granting a continuance outweigh the best interests of the public

16  and the defendants to a speedy trial.

17  **IT IS SO ORDERED.**

18  DATED:  October 28, 2011

19                                            _____
                                              LAWRENCE K. KARLTON
20                                            SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT