```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-08-065 LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE |
| v. ) | |
| TANEKA RAENEE NUNLEY, ) | |
| Defendant. ) | |

This matter came before the Court for a status conference on February 22, 2012, at 9:15 a.m. Defendant Taneka Raenee Nunley appeared with her counsel, Dan Frank Koukol; and Todd D. Leras, Assistant United States Attorney, appeared on behalf of the United States of America.

The parties agreed to set a status conference date of March 13, 2012, at 9:15 a.m., and indicated that a change of plea is possible on that date. The parties requested additional time to prepare and discuss the final terms of a revised plea agreement. Counsel for the government, defense counsel, and defendant Taneka Raenee Nunley herself concurred with the request for additional

1

1  time to prepare and negotiate resolution of this matter.
2       The Court ordered the status conference continued to March
3  13, 2012, at 9:15 a.m.  The Court further ordered that time be
4  excluded under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4
5  (reasonable time to prepare).  The Court directed government
6  counsel to prepare a formal order.
7
8       **IT IS HEREBY ORDERED**:
9       1.   A status conference is set for March 13, 2012, at 9:15
10 a.m.; and
11      2.   Based on the parties' representations, the Court finds
12 that the ends of justice outweigh the best interest of the public
13 and Defendants in a speedy trial.  Accordingly, time under the
14 Speedy Trial Act shall be excluded through March 13, 2012.
15
16      IT IS SO ORDERED
17
18
19 Date: February 23, 2012                 _____
20                                         LAWRENCE K. KARLTON
                                           SENIOR JUDGE
21                                         UNITED STATES DISTRICT COURT
22
23
24
25
26
27
28