BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-08-065 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| TANEKA RAENEE NUNLEY, ) | |
| Defendant. ) | |

This matter is set for a status conference on March 13, 2012, at 9:15 a.m.  Plaintiff United States of America and defendant Taneka Nunley, through her counsel, Attorney Dan Koukol, request the status conference be continued to March 27, 2012.

The request is made on the ground that defense counsel needs time to research and review matters related to a proposed Plea Agreement provided by the government.  The parties therefore request exclusion of time under the Speedy Trial Act 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to

prepare). Dan Koukol has authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on his behalf.

Dated: March 9, 2012

        Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney

Dated: March 9, 2012

        /s/ Todd D. Leras for
DANIEL FRANK KOUKOL
Attorney for Defendant
Taneka Nunley

**IT IS HEREBY ORDERED**:

1. The status conference scheduled for March 13, 2012 is vacated.

2. A new status conference date is set for March 27, 2012, at 9:15 a.m.

3. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through March 27, 2012.

Date: March 12, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT