BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TANEKA RAENEE NUNLEY,<br><br>            Defendant. | CR. S-08-065 LKK<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

   This matter is set for a status conference and possible change of plea on May 8, 2012, at 9:15 a.m.  Plaintiff United States of America and defendant Taneka Nunley, through her counsel, Attorney Dan Koukol, request the status conference/change of plea hearing date be continued to May 30, 2012.

   The request is made on the ground that the parties have engaged in extensive negotiations over the terms of a final plea agreement.  The government has recently adopted several terms suggested by defense counsel into a revised plea agreement.

1

1 Defense counsel needs additional time to review these changes and
2 discuss them with his client.  The parties therefore request
3 exclusion of time under the Speedy Trial Act 18 U.S.C.
4 § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to
5 prepare).  Dan Koukol has authorized Assistant U.S. Attorney Todd
6 D. Leras to sign this stipulation on his behalf.

Dated: May 4, 2012

                 Todd D. Leras
                 TODD D. LERAS
                 Assistant U.S. Attorney

Dated: May 4, 2012

                 /s/ Todd D. Leras for
                 DANIEL FRANK KOUKOL
                 Attorney for Defendant
                 Taneka Nunley

**IT IS HEREBY ORDERED:**

1. The status conference scheduled for May 8, 2012 is vacated.

2. A new status conference date is set for May 30, 2012, at 9:15 a.m.

3. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 30, 2012.

Date: 5/4/2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT