1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-065 LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| TANEKA RAENEE NUNLEY, | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Dan Koukol, Counsel for Defendant Taneka Raenee Nunley, that the status conference scheduled for July 10, 2012, be continued to August 7, 2012, at 9:15 a.m.

   Defense counsel needs additional time to review a recently revised plea agreement with his client.  The government and defendant agree that an exclusion of time is therefore appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  This exclusion of time includes the period from July 10, 2012, up to and including August 7,

1

2012.

Dan Koukol agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: July 6, 2012            By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney


DATED: July 6, 2012            By: /s/ Todd D. Leras for
                                   DAN FRANK KOUKOL
                                   Attorney for Defendant
                                   TANEKA NUNLEY


**IT IS HEREBY ORDERED**:

1. The status conference set for July 10, 2012, is continued to August 7, 2012, at 9:15 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from July 10, 2012, up to and including August 7, 2012.

IT IS SO ORDERED.

Date: July 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT